| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

JOHNNY RAY JOHNSON, §
TDCJ 483120, §
    Plaintiff, §
§
versus §  Civil Action H-09-2320
§
LUPE VALDEZ, ET AL., §
    Defendants. §

## Opinion on Transfer

An inmate has sued Dallas County officials for violations of his civil rights. Dallas County is in the Dallas Division of the Northern District of Texas. This case should be transferred to the district of the events under the discretionary general venue statutes since there is no venue specified in the Civil Rights Act. 28 U.S.C. § 1404(a); 28 U.S.C. § 1391; 42 U.S.C. §§ 1981, *et seq.*

This case will be transferred to the United States District Court for the Northern District of Texas, Dallas Division.

Signed at Houston, Texas, on July 29, 2009.

Lynn N. Hughes
United States District Judge